## Commonwealth *v.* Nash, Appellant.

Argued November 21, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

638

*Marshall E. Kresman,* with him *Lewis A. Walder,* for appellant.

*James J. Wilson,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 16, 1974:
The judgment of sentence is affirmed.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.